**B6C (Official Form 6C) (12/07)**

IN RE AROCHO VERA, EDWIN VICENTE & MIRANDA MACEIRA, MYRNA ENID   Case No. 07-6306
              Debtor(s)                                                                    (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residential property located at Cañaboncito Ward, Sector Los Ayala, Road 172 Km 5 Hm 5 in Caguas, Puerto Rico. This property consists of three (3) bedrooms, two (2) bathrooms, living room, dining room, kitchen, terrace and garage.** | 11 USC § 522(d)(1) | 30,553.00 | 168,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Misc. Household Goods and Furnishings consisting of:** Living Room, Dining Room, Refrigerator, Stove, Oven, Washer Machine, Misc. Cooking Utensils, Bedroom, TV, DVD, Stereo | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| **Clothes and personal effects.** | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| **Jewelry** | 11 USC § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Westernbank** Account Number: 2116200046 IRA | 11 USC § 522(d)(12) | 1,203.37 | 1,203.37 |
| **Co- petitioner Edwin V. Arocho Vera has a 1/11th interest in Sucn. Vicente Arocho Velez and Sucn. Arcadia Vera Hernandez which own a Real Property located at Sector Palmasola Bo. Buenos Aires Lares, Puerto Rico. The heirs have agreed to divide the property in one (1) acre ("cuerda") for each heir, from the total 23.9 acres of land owned by both "Sucesiones". Debtor's interest is valued at $2,000.00/acres** | 11 USC § 522(d)(5) | 2,000.00 | 2,000.00 |
| **Co-petitioner Myrna E. Miranda has a 1/7th hereditary interest in Sucn. Segundo Miranda and Sucn. Milagros Maceira which owns a real property located at Sector La America Bo. Buenos Aires Lares, Puerto Rico. This property consits of three (3) bedrooms, one (1) bathrooms on 303 sq mts lot of land. Valued at $50,000. less liquidation costs (15%) = $42,500./7= $6,072.00** | 11 USC § 522(d)(5) | 6,072.00 | 6,072.00 |
| **2007 Toyota FJ Cruiser** | 11 USC § 522(d)(2) | 568.00 | 29,950.00 |
| **Equipment** | 11 USC § 522(d)(6) | 2,000.00 | 2,000.00 |
| **Inventory; Jewelry, etc.** | 11 USC § 522(d)(5) | 3,925.00 | 3,925.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **AROCHO VERA, EDWIN VICENTE & MIRANDA MACEIRA, MYRNA ENID**  Case No. **07-6306**
Debtor(s) (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 13, 2009**   Signature: **/s/ EDWIN VICENTE AROCHO VERA**
**EDWIN VICENTE AROCHO VERA**  Debtor

Date: **March 13, 2009**   Signature: **/s/ MYRNA ENID MIRANDA MACEIRA**
**MYRNA ENID MIRANDA MACEIRA**  (Joint Debtor, if any)
[If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.