# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> **AROCHO VERA, EDWIN VICENTE** <br> **MIRANDA MACEIRA, MYRNA ENID** <br> DEBTOR(S) | CASE NUMBER: **07-06306-SEK** <br><br> (Chapter 7) <br> NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| RESIDENCE | $150,000.00 | $143,411.00 | $30,553.00 | $0.00 | $(23,964.00) |
| BANCO POPULAR DE PUERTO RICO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO SANTANDER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $0.00 |
| WEARING APPAREL | $800.00 | $0.00 | $800.00 | $0.00 | $0.00 |
| FURS AND JEWELRY | $1,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| WESTERNBANK | $1,203.37 | $0.00 | $1,203.37 | $0.00 | $0.00 |
| 2004 TOYOTA CAMRY | $13,000.00 | $13,599.00 | $0.00 | $0.00 | $(599.00) |
| 2007 TOYOTA FJ CRUISER | $0.00 | $0.00 | $568.00 | $0.00 | $(568.00) |
| EQUIPMENT | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| INVENTORY; JEWELRY, ETC. | $3,925.00 | $0.00 | $3,925.00 | $0.00 | $0.00 |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1) Property has no value or is burdensome to the Estate. No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

**DATED:** February 26, 2010                     /s/ Wilfredo Segarra-Miranda
                                                                   Wilfredo Segarra-Miranda
                                                                   PO Box 9023385
                                                                   San Juan, PR 00902-3385

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CERTIFICADO DE TITULO

28mar2006 11:51:53  0391-0266-5018-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 3440147 | 17ago2004 | 6385280 | 22mar2004 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 4T1BE32K64U323991 | Toyota | Camry | 2004 | 04 |

| CAP CARGA | PESO | NUEVO/USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 0# | Nuevo | Certbr | 1A | 10 | blanco |

**NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL**

Nombre: MIRANDA AROCHO, MYRNA E.

Resid: BO. CANABONCITO
CARR. 172 KM 5 HM 6
CAGUAS, PR 00725

Postal: HC 7 BOX 33317
CAGUAS, PR 00725

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)  FECHA DIA-MES-AÑO

BBVA  1ago2005

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO. (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS).

PRIMER GRAVAMEN: _____  FECHA _____  FIRMA AUTORIZADA _____

SEGUNDO GRAVAMEN: _____  FECHA _____  FIRMA AUTORIZADA _____

SECRETARIO DTOP O REPRESENTANTE AUTORIZADO

NUMERO CONTROL: A-7010695

NO VALIDO SI ALTERADO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EDWIN V AROCHO VIERA
MYRNA E MIRANDA MACEIRA a/k/a
MYRNA E. MIRANDA AROCHO

Debtor

BANCO BILBAO VIZCAYA ARGENTARIA
PUERTO RICO

Movant

vs.

EDWIN V AROCHO VERA
MYRNA E MIRANDA MACEIRA a/k/a
MYRNA E. MIRANDA AROCHO

Respondent

**WILFREDO SEGARRA MIRANDA**

Trustee

CASE NO. 07-06306 SEK

CHAPTER 7



## STATEMENT OF SERVICER

I, Sylvette Vizcarrondo Rodríguez, of legal age, married, Supervisor, and resident of Carolina, Puerto Rico, hereby STATES:

1. My personal circumstances are as above stated.

2. I am a Supervisor of the WorkOut Department of the Automobile Financing and Leasing Division of BANCO BILBAO VIZCAYA ARGENTARIA ("BBVA") and, as such, I supervise the custodian of all administrative files concerning legal proceedings in said Division.

3. BBVA is holder in due course of a duly recorded money purchase security agreement with security interest (contract number 9610445042) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico, which encumbers a 2004, Toyota Camry automobile, engine number 4T1BE32K64U323991, registered in the name of MIRNA E MIRANDA AROCHO.

4. As of February 4th, 2009, debtors have failed to pay to BBVA the installments for the months of October, 2008 to January, 2009, plus accrued late payment charges, on the contract above described for the total sum of $1,836.08, plus the installments to be due. As of February 4th, 2009, debtor has a secured outstanding balance owed to BBVA on its secured claim in the total sum of $10,936.64, including late payment charges.

5. That on February 4th, 2009, BBVA requested information from Department of Defense Manpower Data Center and was informed that debtors are not active duty servicemembers, nor reservists or members of the National Guard in active duty under the Soldiers and Sailors Relief Act, as amended by the Servicemember Civil Relief Act.

6. All the facts above stated are correct according to my personal knowledge and information, and pursuant to the information reflected in debtors' file.

In San Juan, Puerto Rico, on *March 4* 2009.

SYLVETTE VIZCARRONDO RODRIGUEZ

**AFFIDAVIT NO.** *3248*

SWORN and SUBSCRIBED before me by **SYLVETTE VIZCARRONDO RODRIGUEZ**, of the personal circumstances described above, whom I know personally.

In San Juan, Puerto Rico, on *March 4*, 2009.

NOTARY

2

# BBVA

1738 Calle Amarillo
Rio Piedras, PR 00926

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**
**(ACUERDO DE GRAVAMEN MOBILIARIO)**

9610445042



PLAINTIFF'S EXHIBIT A

EL VENDEDOR: **BARRANQUITAS AUTO CORP. DBA BE** CARR #2 KM 32.6 BAIROA
NOMBRE COMPLETO    Dirección Negocio **00725** Zip Code

COMPRADOR(ES): **MYRNA E MIRANDA AROCHO**
NOMBRE COMPLETO
**HC 07 BOX 33317 CAGUAS PR 00739-3519**
Dirección Residencial (donde se enviarán todas las Notificaciones)  Zip Code
**BO. CAÑABONCITO SECTOR LA SIERRA CARR172 CAGUAS**
NOMBRE COMPLETO
**584139787  1676890  GAV-026**
Dirección Residencial (donde se enviarán todas las Notificaciones)  Zip Code

Vende y hace la siguiente divulgación requerida por Ley Federal y el(los)

Compra(n) y grava(n) la siguiente mercancía denominada "Vehículo" o "Propiedad"

conforme a todos los términos y condiciones mencionados a continuación y al dorso de este Contrato. Para garantizar y asegurar el pago y cumplimiento total y a tiempo de todas las obligaciones contraídas por el COMPRADOR bajo este contrato y cualquier otro acuerdo futuro entre el COMPRADOR y el VENDEDOR, el COMPRADOR (incluye todos los compradores solidaria y mancomunadamente de ser más de uno) por valor recibido por este medio: (i) constituye a favor del VENDEDOR un gravamen mobiliario sobre el Vehículo... 3226370

| Año | Nuevo o Usado | Marca y Modelo | N° Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|---|---|---|---|---|---|
| 94 | USADO | TOYOTA CAMRY | | 4T1BF32K0RU323991 | Personal ☐ Negocio ☐ |

☐ Transmisión Manual Opcional  ☐ Ventanas Eléctricas  ☐ Guía Eléctrica Hidráulica (Power Steering)  ☐ Stereo  ☐ 2 Puertas
☐ Radio  ☐ Aire Acondicionado  ☐ Otro - Describa  ☐ 4 Puertas
☐ Frenos de Fuerza (Power Brakes)  ☐ Transmisión Automática  ☐ Asientos Control Eléctrico

## TÉRMINOS DEL CONTRATO

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido al BBVA puede que sea considerado como un acreedor bajo este contrato para propósito del "Truth-in-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

1. PAGOS: EL COMPRADOR se compromete a pagar al VENDEDOR o cesionario ( el "Vendedor") todos los pagos establecidos en este contrato. Además:

A. Por cada plazo que esté en morosidad por un período mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido. Disponiéndose que toda cantidad de plazos impagada a la fecha de vencimiento continuará acumulando intereses hasta su pago total. EL COMPRADOR pagará al VENDEDOR inmediatamente toda cantidad de intereses así acumulada.
B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda, lo que sea mayor, en concepto de honorarios de abogado. Si declare una estipulación, el COMPRADOR pagará por dichos honorarios cincuenta dólares ($50.00) o el cinco porciento (5%) de las mensualidades vencidas y cobradas, lo que sea mayor.
C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.
D. EL COMPRADOR pagará los derechos de constitución, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.
E. Las Costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.
F. EL COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.
G. Todos los pagos requeridos por este contrato se harán o remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.
2. EL COMPRADOR certifica que es mayor de edad y goza de la capacidad legal necesaria para otorgar este contrato.
3. USO DE LA PROPIEDAD: EL COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio para los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario. La venta, traspaso o cesión del interés del VENDEDOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo. La venta, traspaso o cesión del interés del COMPRADOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo, excepto si el COMPRADOR obtiene del VENDEDOR su consentimiento escrito a la sustitución del deudor. La transferencia del Vehículo o de la propiedad aquí gravada sin el previo consentimiento escrito del VENDEDOR no transferirá derecho alguno a favor del tercero. El COMPRADOR se obliga a conservar el Vehículo en perfectas condiciones, con excepción del desgaste normal por uso y a cumplir con todas las leyes, reglamentos u órdenes de cuerpos gubernamentales aplicables. EL COMPRADOR pagará puntualmente todas las contribuciones, derechos de licencia, y cualquier otra obligación o penalidad impuesta por cualquier entidad gubernamental en relación con el Vehículo. EL COMPRADOR no usará el Vehículo ilegal ni impropiamente, no lo alquilará ( a menos que así se consigne en este contrato) y no lo removerá de la jurisdicción del Estado Libre Asociado de Puerto Rico. EL VENDEDOR podrá a su opción, pagar cualquier cantidad a los fines de obtener la liberación del Vehículo de cualquier obligación y cualquier cantidad que fuere pagada a esos efectos por el VENDEDOR será reembolsada al VENDEDOR por el COMPRADOR inmediatamente que fuese requerido para ello con intereses al tipo contractual legal más alto. No hay garantía implícita de comerciabilidad ("Implied warranty of merchantability") ni garantía implícita de que el Vehículo sea propio para un propósito particular ("Implied warranty of fitness for a particular purpose"), ni ninguna garantía expresa o implícita que se extienda más allá de la descripción del Vehículo en la faz de este contrato, excepto las requeridas por el Código Civil de Puerto Rico y el Reglamento de Garantías en la venta de vehículos de motor promulgado por el Departamento de Asuntos del Consumidor del Estado Libre Asociado de Puerto Rico.
4. INCUMPLIMIENTO: El tiempo es un factor esencial en este contrato. EL VENDEDOR

podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma que será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible desde ese momento sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todos los cuales se renuncia, en cualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos, si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR habiendo dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuarse ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga en mora con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

**VÉASE AL DORSO PARA EL RESTO DEL CONTRATO**

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | PRECIO DE VENTA AL CONTADO | | |
|---|---|---|---|
| 1 | Precio de Venta Accesorios | $ | 18,990.00 |
| | Otros | $ | N/A |

| | | Pronto Pago en efectivo | $ | N/A (a) |
|---|---|---|---|---|
| | P | Vehículo tomado a cuenta [ Trade- In ] | | |
| | R | **DODGE 98 DURANGO** | | |
| | O | Descripción Marca-Año-Modelo | | |
| 2 | N | Valor bruto acordado del vehículo $ | 7,813.25 | |
| | T | Menos la cantidad adeudada de $ | 6,813.25 | |
| | O | Valor Neto acordado del $ | 1,000.00 | |
| | P | Vehículo tomando en cuenta $ | | (b) |
| | A | Bono ( Rebate ) | $ N/A | (c) |
| | G | PRONTO PAGO TOTAL ( suma partidas a, b y c ) | | $ 1,000.00 |
| | O | | | |

| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | | $17,990.00 |
|---|---|---|---|

| | C | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA | | |
|---|---|---|---|---|
| | A | Licencia Seguro | $ N/A | (d) |
| | R | Obligatorio y ACAA, | $ | |
| | G | Título / Traspaso | $ 20.00 | (e) |
| 4 | O | Declaración de Financiamiento. Cesión o Traspaso | | |
| | S | de Gravamen mobiliario Terminación ( Ley 28 del | | |
| | | 17 de agosto de 1995 ) | $ 10.00 | (g) |
| | P | Inscripción / Sellos | $ 95.00 | (f) |
| | O | | | |
| | S | CARGOS POR DERECHOS | | |
| | | ( suma partidas d, e, f y g ) | Total | $ 125.00 |

| 5 | SEGUROS / CONTRATOS DE SERVICIOS ( Véase divulgaciones adicionales anejadas) | $ 1,813.00 |
|---|---|---|

| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA ( suma de partidas 3, 4 y 5 ) | $ 19,928.00 |
|---|---|---|

**DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"**

### PROGRAMA DE PAGOS

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEÍDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/ VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**

Suscrito hoy _____ **14** _____ **AGO** _____ de _____

en **CAGUAS** , Puerto Rico.

X _____ Myrna E Mirada Arocho _____
Firma **BENITEZ BUICK-PONTIAC**

X _____ Carr 1 _____
Firma del Vendedor

AN ENGLISH TRANSLATION OF THIS CONTRACT IS AVAILABLE AT YOUR REQUEST.

**PRIMER ORIGINAL**

The page image is a heavily degraded scan of a Spanish-language retail installment contract (Puerto Rico), with very small print in multiple columns. The body is largely illegible at this resolution, but the following structural elements can be made out:

TERMINOS DEL CONTRATO (continuación)

[Left column: continuation of contract terms covering payment acceptance by VENDEDOR, insurance, repossession, remedies under Ley Núm. 208 del 17 de agosto de 1995 (Ley de Transacciones Comerciales), sections on:]

5. RIESGOS POR PERDIDA — SEGUROS.
6. SEGURO DE VIDA Y CONTRATOS DE SERVICIO. Véase Divulgación Adicional sobre Seguros y Contratos de Servicio.
7. GENERAL.
8. INTERPRETACION.

AVISO AL COMPRADOR

1. Si los términos de financiamiento expuestos en este acuerdo con el VENDEDOR no fueren correctos en todos sus extremos; o
2. Si la propiedad descrita en este acuerdo no le hubiere sido entregada a usted por el VENDEDOR o no estuviese en la actualidad en su posesión; o
3. Si el VENDEDOR no hubiere cumplido todas sus obligaciones para con usted, el COMPRADOR, usted deberá notificarlo al cesionario de este acuerdo por escrito, mediante correo certificado con acuse de recibo, a la dirección indicada en este acuerdo, dentro de los veinte (20) días siguientes a la fecha en que tenga conocimiento de algún hecho que pueda dar lugar a una causa de acción o defensa que surja de la venta y que pudiera usted tener en contra del VENDEDOR. Copia de cualquier notificación al Cesionario deberá ser referida a BBVA, Departamento de Financiamiento de Automóviles, 1738 Calle Amarillo, Río Piedras, P.R. 00928.

GARANTIA SOLIDARIA

En consideración al otorgamiento de este Contrato por el VENDEDOR, el suscribiente por la presente garantiza solidariamente al VENDEDOR y su Cesionario, BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, el pago de todos los plazos bajo el Contrato, más intereses y el cumplimiento de todos los términos y condiciones del Contrato por parte del COMPRADOR. El suscribiente se obliga a pagar a BBVA, sus sucesores [...]

[...] del contrato, si en cualquier momento el COMPRADOR dejase de cumplir con cualquiera de sus obligaciones y condiciones bajo este Contrato, sin obligación alguna de parte de BBVA, sus sucesores y cesionarios, de proceder primeramente contra el COMPRADOR. La responsabilidad del suscribiente no se afectará por cualquier prórroga, transacción, indulgencia, arreglo o variación de las obligaciones incurridas por o con el COMPRADOR o cualquier otra persona interesada. Tampoco se afectará por la pérdida, avería o destrucción del Vehículo o por el traspaso o cesión de este Contrato, disponiéndose, sin embargo, que el suscribiente no estará obligado más de lo que viene obligado el COMPRADOR bajo los términos del mismo.

Por la presente, se renuncia al derecho de aviso de aceptación de esta garantía, de todo aviso, demanda o notificación de incumplimiento, aviso de la cantidad adeudada, protesto, requerimiento de pago, excusión y remedios posesorios, y al derecho de trasladar cualquier acción judicial del Tribunal que primero adquiriese jurisdicción.

En _____ Puerto Rico, a _____ de _____ de _____

_____
Garantizador

_____
Testigo

Dirección del Garantizador

Dirección del Testigo

ACUERDO DE CESION Y REVENTA DEL VENDEDOR

A: BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO

Por el valor recibido, el que suscribe por la presente, CEDE, VENDE Y TRASPASA, a BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, todo su título, derecho e interés en este Contrato de Venta al Por Menor a Plazos-Gravamen Mobiliario (el "Contrato") y en los bienes que en él se describen [...]

A. Sin recurso al cedente.
B. Con recurso al cedente.
C. Con recurso limitado al cedente.
D. Con recurso limitado al cedente.

En _____ Puerto Rico, hoy día _____ de _____ de _____

BENITEZ-BUICK-PONTIAC
Carr. 1, Km. 32.6, PO Box 6790
[illegible address line]
[illegible phone]

Nombre del Vendedor _____ Título _____

Ley de [illegible]

LEY FEDERAL

La Comisión Federal de Comercio requiere que se incluya el siguiente aviso, el cual no debe entenderse como una limitación a los derechos expuestos en el aviso anterior que requiere la ley estatal.

CUALQUIER TENEDOR DE ESTE CONTRATO DE CREDITO AL CONSUMIDOR ESTA SUJETO A TODAS LAS RECLAMACIONES Y DEFENSAS QUE EL DEUDOR PUDIERE ALEGAR EN CONTRA DEL VENDEDOR DE LOS BIENES Y SERVICIOS OBTENIDOS DE CONFORMIDAD CON EL MISMO O CON LOS CREDITOS DE ESTE CONTRATO. EL RECOBRO POR EL DEUDOR BAJO ESTA CLAUSULA NO EXCEDERA DE LAS CANTIDADES PAGADAS POR EL DEUDOR BAJO ESTE CONTRATO.


